

FILED
APR 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,     ) Criminal Case No. 08CR 0406-BEN
                                 )
10            Plaintiff,          )   **Superseding**
                                 )   I N F O R M A T I O N
11       v.                       )
                                 )  Title 8, U.S.C., Sec. 1325 -
12  ELIODORO HERNANDEZ-REYES,     )  Illegal Entry (Misdemeanor);
                                 )  Title 8, U.S.C., Sec. 1325 -
13            Defendant.          )  Illegal Entry (Felony);
                                 )  Title 8, U.S.C., Sec. 1325 -
14                                )  Illegal Entry (Felony);
                                 )
15  _____ )

16       The United States Attorney charges:

17                              Count 1

18       On or about May 29, 1996, within the Southern District of
19  California, defendant ELIODORO HERNANDEZ-REYES, being an alien,
20  unlawfully entered or attempted to enter the United States at a time
21  and place other than as designated by immigration officers, and eluded
22  examination and inspection by immigration officers, and attempted to
23  enter or obtained entry to the United States by a willfully false or
24  misleading representation or the willful concealment of a material
25  fact; in violation of Title 8, United States Code, Section 1325, a
26  misdemeanor.
27  //
28  //

CJB:es:San Diego
4/17/08

Count 2

On or about November 13, 2000, within the Southern District of California, defendant ELIODORO HERNANDEZ-REYES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about February 28, 2001, within the Southern District of California, defendant ELIODORO HERNANDEZ-REYES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a felony.

Count 4

On or about January 24, 2008, within the Southern District of California, defendant ELIODORO HERNANDEZ-REYES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material

1  fact and previously committed the offense of illegal entry, as alleged
2  in Count 1; all in violation of Title 8, United States Code,
3  Section 1325, a felony.

4  DATED: April 18, 2008.

```
                                KAREN P. HEWITT
                                United States Attorney

                          /s/ Tara Stingley
                          for CARLA J. BRESSLER
                                Assistant U.S. Attorney
```