AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 1 7 2008

UNITED STATES OF AMERICA
V.

Eliodoro Hernandez-Reyes

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 cr 0406 BEN

I, Eliodoro Hernandez-Reyes, the above named defendant, who is accused of 3 Counts of 8 USC 1325 as felonies. And 1 Count of 8 USC 1325 as a felony.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 17 April 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment. Defendant also waives a pre-sentence report.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd